UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:11-CR-103(01)RM |
| ) | |
| LARRY L. SCHULTEN, JR. ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 21, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 19], ACCEPTS defendant Larry Schulten's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

SO ORDERED.

ENTERED:   November 8, 2011

　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge, United States District Court